162 So. 129

### Billie MOORE v. STATE.

7 Div. 338.

Supreme Court of Alabama.

June 13, 1935.

McCord & McCord, of Gadsden, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Petition of Billie Moore for certiorari to the Court of Appeals to review and re-

vise the judgment and decision of that Court in Moore v. State, 162 So. 128.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and FOSTER, JJ., concur.